IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| METRO HOSPITALITY PARTNERS, LTD d/b/a CROWNE PLAZA HOTEL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3569 |
| LEXINGTON INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

On July 2, 2013, the plaintiff filed an unopposed motion to abate or, in the alternative, for a continuance of the current trial setting. (Docket Entry No. 50). The plaintiff requested that this court abate this case for 90 days to allow the parties to exchange and review additional discovery information. The plaintiff's motion to abate is granted; the case is stayed until October 4, 2013. A hearing is set for **October 15, 2013**, at 8:30 a.m., in Courtroom 11B, to review the status of the case. The court will enter an amended scheduling and docket control order as appropriate after the hearing.

SIGNED on July 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge