**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| METRO HOSPITALITY PARTNERS, LTD | § | |
| d/b/a CROWNE PLAZA HOTEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3569 |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Counsel for the plaintiff, Metro Hospitality Partners, Ltd. d/b/a Crowne Plaza Hotel has filed a Motion to Quash, (Docket Entry No. 62). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of _any_ motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference to address the subject matter of the motion will be held on **February 4, 2014**, in Courtroom 11-B, at 8:15 a.m.

SIGNED on January 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

2