# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| METRO HOSPITALITY PARTNERS, LTD d/b/a CROWNE PLAZA HOTEL, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-11-3569 |
| LEXINGTON INSURANCE COMPANY, § § § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

SIGNED on January 29, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

15129  1356P:\CASES\2011\11-3569\11-3569 Final judgment.wpd